No. 248. NATIONAL LABOR RELATIONS BOARD *v.* STERLING ELECTRIC MOTORS, INC.

October 28, 1940. Dismissed on motion of counsel for the petitioner. *Solicitor General Biddle* and *Messrs. Charles Fahy* and *Robert B. Watts* for petitioner. *Mr. Earle M. Daniels* for respondent.

